IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JUAN MENACHO, *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| -v- ) | Civil Action No. 1:18-cv-1359 |
| ) | Hon. Liam O'Grady |
| K POWER CONSTRUCTION, INC., *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## ORDER

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Ivan D. Davis, dated September 20, 2019, Dkt. 39, on Plaintiffs' Motion for Default Judgment, Dkt. 18.

Judge Davis made clear that the R&R "only pertains to K Power Construction, Inc.," because "Defendants Sung Jin Koo and Myung Kwan Koo filed answers to the Complaint." Dkt. 39 at 1 n. 1. Defendants Sung Koo and Myung Koo filed Objections to the R&R, Dkt. 42, 43, but because the R&R only pertains to the corporate defendant, those individuals do not have standing. As shown in Judge Davis' R&R, the owners of a corporation may not respond in the place of a corporation. Defendant K Power Construction, Inc., did not object to the R&R.

The Court has reviewed the pleadings and Judge Davis' R&R, and hereby **APPROVES** and **ADOPTS** the findings and recommendations, noting that Judge Davis' clear intent was to recommend on page 6 of the R&R that attorney's fees plus costs should amount to $8,047.50, not $8,0475.50, as is evidenced by the comma placement and the correct calculation on page 5.

Accordingly, for the reasons cited by Judge Davis and for good cause shown, it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment is **GRANTED** as to the corporate Defendant K Power Construction, Inc. only.

It is further **ORDERED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 55 in favor of Plaintiffs and against Defendant K Power Construction, Inc., on Counts I and II of the Complaint in the amounts of $16,110.00 in FLSA unpaid wages including overtime, $16,110 in FLSA liquidated damages, and $140.00 in compensatory damages, for a total of $32,360.00.

It is further **ORDERED** that Plaintiff's are awarded reasonable attorney's fees plus costs, in the amount of $8,047.50, and post-judgment interest in accordance with 28 U.S.C. § 1961.

It is **SO ORDERED**.

The Clerk is directed to send a copy of this Order to all counsel of record and to the following email addresses associated with Defendants:

Kpowerconstruction9@gmail.com

October 16, 2019
Alexandria, Virginia

Liam O'Grady
United States District Judge